UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEVENNICE A. GAINES,

           Petitioner,

v.

DANIEL WHITE,

           Respondent.

CASE NO. C18-5901BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge [Dkt. # 15]. Gaines has objected. [Dkt. # 18].

On November 29, 2018, Petitioner Daniel Gaines filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. [Dkt. # 4]. On November 9, 2020, Judge Fricke issued the R&R, recommending that the Court deny Gaines' § 2254 habeas petition and deny a certificate of appealability. [Dkt. # 15]. On November 18, 2020, Gaines filed a motion for extension of time to answer, [Dkt. # 16], to which Respondent Daniel White did not oppose, [Dkt. # 17]. On December 1, 2020, Gaines filed his objections. [Dkt. # 18].

ORDER - 1

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. A proper objection requires specific written objections to the R&R. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). "Courts are not obligated to review vague or generalized objections to an R&R; a petitioner must provide specific written objections." *Ybarra v. Martel*, No. 09CV1188-LAB AJB, 2011 WL 613380, at *1 (S.D. Cal. Feb. 11, 2011). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

Gaines' objections are sufficiently specific, but they are substantially similar to the arguments he made in his underlying petition [Dkt. #s 1, 3, and 5] and in his Reply [Dkt. # 14]. The R&R addressed each claim in turn, and the Court agrees with its resolution. Therefore,

(1) The R&R is **ADOPTED**;

(2) Gaines's § 2254 habeas petition is **DENIED** and **DISMISSED** with prejudice;

(3) For the reasons articulated in the R&R, the Court will **NOT** grant Gaines a Certificate of Appealability;

(4) Gaines' Motion for an extension of time [Dkt. # 16] is **DENIED** as moot; and,

\

\

(5) The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2021.

BENJAMIN H. SETTLE
United States District Judge